IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| PIONEER HI-BRED INTERNATIONAL, INC., an Iowa Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> HOLDEN'S FOUNDATION SEEDS, INC., an Iowa Corporation, <br><br> Defendant. | CIVIL NO. 81-60-E <br> Judge O'Brien <br><br> Oral Argument Requested |

**AFFIDAVIT OF JEFFREY D. HARTY IN SUPPORT OF APPENDIX TO MEMORANDUM IN SUPPORT OF PIONEER'S MOTION FOR ENFORCEMENT OF INJUNCTION AND FOR RULE TO SHOW CAUSE**

**FILED UNDER SEAL**
**CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER DATED NOVEMBER 24, 2000 IN THE CASES PIONEER HI-BRED INTERNATIONAL, INC. v. ASGROW, DEKALB, ET AL. CIVIL ACTION NOS. 4-98-CV-90577 AND 4-98-CV-90578, AS AMENDED PER ORDER ON PLAINTIFF'S MOTION FOR LIMITED RELIEF FROM PROTECTIVE ORDER OF APRIL 27, 2001 AND THE NUNC PRO TUNC ORDER DATED MAY 4, 2001. THIS ENVELOPE IS NOT TO BE OPENED NOR THE CONTENTS THEREOF DISPLAYED, COPIED OR REVEALED, EXCEPT BY COURT ORDER OR BY AGREEMENT OF THE PARTIES**

Jeffrey D. Harty
ZARLEY, MCKEE, THOMTE, VORHEES & SEASE PLC
801 Grand Avenue #3200
Des Moines, IA  50309-2721
(515) 288-3667

Of Counsel
Lindley J. Brenza
Sean W. Gallagher
Tarek Ismail
BARTLIT BECK HERMAN PALENCHAR & SCOTT
54 West Hubbard Street #300
Chicago, IL  60610
(312) 494-4400

Daniel J. Cosgrove
PIONEER HI-BRED INTERNATIONAL, INC.
800 Capital Square
400 Locust Street #800
P.O. Box 14450
Des Moines, IA  50309
(515) 248-4800

